UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-60242-CR-COHN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTONIO CRUZ,

    Defendant.
_____/

**<u>ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR TRANSCRIPTS</u>**

THIS CAUSE is before the Court upon Defendant's Motion for Transcripts to File Adequate § 2255 [DE 82].  The Court has carefully considered the motion and is otherwise fully advised in the premises.

Pursuant to 28 U.S.C. § 753(f), this Court has the authority to direct the sending of trial transcripts to Defendant, upon a certification that the "suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal."  Defendants seeks trial transcripts and other Court filings to prepare his § 2255 motion to attack his conviction and sentence in this case.

In general, a federal prisoner is not entitled to obtain copies of Court records at the Government's expense to search for possible defects merely because he is indigent.  <u>Campbell v. U.S.</u>, 538 F.2d 692, 693 (5th Cir. 1976); <u>United States v. Herrera</u>, 474 F.2d 1049 (5th Cir. 1973).[1]  In this case, Defendant has not yet filed a

---

[1] The decisions of the United States Court of Appeals for the Fifth Circuit, as that court existed on September 30, 1981, handed down by that court prior to the close of business on that date, shall be binding as precedent in the Eleventh Circuit, for this court, the district courts, and the bankruptcy courts in the Circuit.  <u>Bonner v. Pritchard</u>, 661 F.2d 1206, 1207 (11th Cir. 1981) (en banc).

motion to vacate sentence or writ of habeas corpus pursuant to § 2255. However, Defendant does make specific allegations of error in his trial and sentencing, for which he alleges he needs parts of the transcript to fully argue. In addition, Defendants seeks a copy of the indictment, a motion and response, and various jury instructions.

To the extent Defendant seeks actual trial transcripts prior to filing of his § 2255 motion, that request is denied. However, the other documents Defendant seeks are readily available and do not require a statutory certification to have sent to Defendant.

Accordingly, it is **ORDERED and ADJUDGED** that Defendant's Motion for Transcripts to File Adequate § 2255 [DE 82] is hereby **GRANTED in part** as to other Court documents, and **DENIED** as to actual transcripts of proceedings. The Court has attached the requested motion in limine [DE 34], the Government's response [DE 36], the indictment [DE 1], and the jury instructions [DE 52]. These documents form the bulk of Defendant's requests.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of January, 2008.

JAMES I. COHN
United States District Judge

copies to:

counsel of record

Antonio Cruz, #57376-004
United States Penitentiary Atwater
P.O. Box 0190001
Atwater, CA  95301